## The Wabash Railroad Company et al. v. Louis A. Humphrey.

The decision of this case is controlled by the opinion in Wabash Railroad Company v. Keeler, *ante*, p. 265.

Action on the case for personal injuries. Appeal from the Circuit Court of Vermilion County; the Hon. JAMES W. CRAIG, Judge, presiding. Heard in this court at the November term, 1905. Reversed and remanded. Opinion filed June 8, 1906.

C. N. TRAVOUS and REARICK & MEEKS, for appellants.

J. B. MANN and F. W. DUNDAS, for appellee.

PER CURIAM. This is an action on the case by Louis A. Humphrey, appellee, against The Wabash Railroad Com-

Wabash R. R. Co. v. Humphrey.

pany, The Cleveland, Cincinnati, Chicago & St. Louis Railway Company and The Cairo, Vincennes & Chicago Railway Company, appellants, to recover damages for personal injuries. There was a verdict and judgment in the court below against all of the appellants for $3,900.

Appellee was a locomotive fireman in the employ of The Cleveland, Cincinnati, Chicago & St. Louis Railway Company, and the injuries received by him resulted from the same accident, and the facts in this case are the same as in the case of The Wabash Railroad Company, et al., v. Keeler, *ante*, p. 265. Except as to the question arising upon the petition of the Wabash Railroad Company for the removal of the cause to the Federal Court, the questions of law involved in this case are identical with those involved in the Keeler case, and for the reasons given in the opinion filed in that case, the judgment in this case must be reversed and the cause remanded.

*Reversed and remanded.*

# CASES

# FIRST DISTRICT

# APPELLATE COURT OF ILLINOIS

## DURING THE YEAR 1906.